IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-15-RJC-DCK

| | ) | |
|---|---|---|
| BSN MEDICAL, INC., | ) | |
| Plaintiff, | ) ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| PARKER MEDICAL ASSOCIATES, LLC et al., | ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court on Plaintiff's "Application For Admission To Practice Pro Hac Vice" (Document No. 10) filed February 10, 2009 for Admission *Pro Hac Vice* of R. Mark Halligan, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, R. Mark Halligan of the law firm of Lovels, LLP, is a member in good standing of the Bar of the State of Illinois and is admitted to practice in other Courts.

It further appears that Mr. Halligan has associated John Parke Davis of James, McElroy & Diehl, P.A., as local counsel.

IT IS THEREFORE ORDERED that R. Mark Halligan be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Plaintiff BSN Medical, Inc.

Signed: February 10, 2009

David C. Keesler
United States Magistrate Judge