# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:09-cv-15

| | |
|---|---|
| BSN MEDICAL, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PARKER MEDICAL ASSOCIATES and )<br>A. BRUCE PARKER, )<br>    Defendants. )<br>_____)  | **ORDER** |

**THIS MATTER** is before the Court on its own motion. On February 10, 2009, the Court sent a notice to R. Mark Halligan, pursuant to Local Rule 83.1, stating that Halligan is required to register and be trained on ECF. Halligan failed to comply with the notice.

**IT IS THEREFORE ORDERED** that Halligan must register and be trained on ECF by March 15, 2009.

Signed: March 4, 2009

Robert J. Conrad, Jr.
Chief United States District Judge