# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:09-CV-15-RJC-DCK

| | |
|---|---|
| BSN MEDICAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARKER MEDICAL ASSOCIATES, LLC, )<br>and A. BRUCE PARKER, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Reset Expert Deadlines" (Document No. 114) filed October 22, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion, with modification.

The undersigned notes that the original deadlines for expert reports were March 15, 2010 and May 1, 2010. (Document No. 16). On March 9, 2010, the Court granted Plaintiff's motion to stay the case deadlines. (Document No. 44). The parties filed a "Joint Motion To Reset Deadlines And Proposed Discovery Plan" (Document No. 84) on May 25, 2010, requesting that expert deadlines be set for October 29, 2010 and December 15, 2010. On June 10, 2010, the Honorable Robert J. Conrad, Jr. granted the motion to reset deadlines, as proposed by the parties. (Document No. 86).

In the instant motion, filed one week prior to the first expert report deadline, the parties now seek a three (3) month extension of time to provide their expert reports. The undersigned does not find that the parties have demonstrated good cause for the extensions as requested, but will allow a modified extension of the expert deadlines.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Reset Expert Deadlines" (Document No. 114) is **GRANTED**, with modification. The case deadlines are as follows:

| | |
|---|---|
| **Discovery Completion**: | **November 30, 2010** |
| **Expert Reports**: | **November 29, 2010** (in support of Plaintiff's claims and Defendants' counterclaims) |
| | **January 14, 2011** (in response to Plaintiff's claims and Defendants' counterclaims |
| **Dispositive Motions**: | **January 31, 2011** |
| **Mediation**: | **February 15, 2011** |
| **Trial**: | **May 16, 2011** |

**SO ORDERED**.

Signed: October 22, 2010

David C. Keesler
United States Magistrate Judge