# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-15-RJC-DCK

| | |
|---|---|
| BSN MEDICAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PARKER MEDICAL ASSOCIATES, LLC, and A. BRUCE PARKER, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the undersigned's "Memorandum, Order And Recommendation" (Document No. 128) filed November 17, 2010. This "Memorandum, Order And Recommendation" was filed under seal and specifically involves "Defendants' Motion To Dismiss Or In The Alternative, To Exclude Thad Adams And Provide Other Relief" (Document No. 95). Mr. Thad Adams is not a party to this lawsuit, and has not filed a notice of appearance as counsel; nevertheless, the undersigned will direct that the Clerk of Court provide Mr. Adams with a copy of the "Memorandum, Order And Recommendation."

**IT IS, THEREFORE, ORDERED** that the Clerk of Court provide Mr. Thad Adams a copy of the sealed "Memorandum, Order And Recommendation" (Document No. 128) filed November 17, 2010.

Signed: November 17, 2010

David C. Keesler
United States Magistrate Judge