IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-15-RJC-DCK

| | |
|---|---|
| BSN MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PARKER MEDICAL ASSOCIATES, LLC, ) | |
| and A. BRUCE PARKER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Entry Of Nonwaiver Order" (Document No. 121) filed November 11, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, and for good cause shown, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Entry Of Nonwaiver Order" (Document No. 121) is **GRANTED**.

Signed: December 20, 2010

David C. Keesler
United States Magistrate Judge