# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:09cv15

| | | |
|---|---|---|
| **BSN MEDICAL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **PARKER MEDICAL ASSOCIATES,** | ) | |
| **LLC; and A. BRUCE PARKER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on plaintiff's Request for a Status Conference (#191), which plaintiff states defendants oppose. Plaintiff outlines the issues to be addressed at such a status conference, as follows:

> five (5) outstanding motions, most of which relate to discovery disputes, as well as additional discovery disputes which have not yet been brought to the Court's attention by motion, and current or forthcoming supplementation to those motions.

Request, at ¶ 2. Further, plaintiff states that the undersigned is requested to conduct such conference (rather than Honorable David Keesler, United States Magistrate Judge, to whom such motions have been referred) so as to "introduce the newly assigned Judge Cogburn to the unique complexities of this litigation." Request, at 6.

While the court appreciates the offer, plaintiff's request must have crossed in the electronic mail with the court's affirmance of Judge Keesler's Memorandum and Recommendation which was filed the same day. Such 12-page Order reflects that the court has been soundly introduced to this litigation.

Discovery matters have been referred to Judge Keesler for resolution. If parties need to reopen, enlarge, or reset any deadline including trial, Judge Keesler has been delegated full authority to shepherd this matter through the time of trial. While the court would always consider a joint request for a conference, Judge Keesler has this matter well in hand as is evident by his thorough treatment in his M&R of a most difficult discovery dispute.

Counsel for plaintiff is advised that it is not that her motion has been poorly received; indeed, the undersigned made similar requests while in private practice. Instead, respective counsel should be aware that the court is attempting to provide parties with hearings on both initial and final dispositive motions and plans to do the same when dispositive motions are filed in this matter. Taking on discovery issues that are well in hand by others would interfere with that goal.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Request for a Status Conference (#191) is **DENIED** without prejudice as to filing a motion for hearing of pretrial motions before Judge Keesler.

Signed: April 26, 2011

Max O. Cogburn Jr.
United States District Judge