# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cv15-MOC-DCK

| | |
|---|---|
| BSN MEDICAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PARKER MEDICAL ASSOCIATES, ) | |
| LLC, and A. BRUCE PARKER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's consent motion to accept the late filing of the Third Declaration of Kristen E. Finlon and the accompanying exhibits (#254).

Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's consent motion to accept the late filing of the Third Declaration of Kristen E. Finlon and the accompanying exhibits (#254) is **GRANTED**.

Max O. Cogburn Jr.
United States District Judge

Signed: August 10, 2011