IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:09-cv-00015-MOC-DSC

| | |
|---|---|
| BSN MEDICAL, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>PARKER MEDICAL ASSOCIATES, LLC,<br>and A. BRUCE PARKER,<br><br>Defendants. | ORDER |

**THIS MATTER** comes before the Court on the "Joint Motion to Seal Filings on Dispositive Motions" filed by the parties in the above captioned matter.

Having carefully considered the Motion, and for good cause shown, the Court will <u>grant</u> the Motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion to Seal Filings on Dispositive Motions" is **GRANTED**. All documents designated as being filed under seal from the period between July 22, 2011, and October 4, 2011, are hereby sealed and shall be considered to have been so sealed from the date of their filing.

**SO ORDERED.**

Signed: November 8, 2011

David S. Cayer
United States Magistrate Judge