# United States District Court
## For The Western District of North Carolina
## Charlotte Division

BSN Medical, Inc.,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:09cv15

Parker Medical Associates, LLC and A. Bruce Parker,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the verdict entered on December 19, 2011.

January 3, 2012

FRANK G. JOHNS, CLERK

BY: *Cynthia Huntley*
Cynthia Huntley, Deputy Clerk