IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv15

| | |
|---|---|
| BSN MEDICAL, INC., )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>PARKER MEDICAL ASSOCIATES, )<br>LLC; and A. BRUCE PARKER, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on defendants' Motion for Copies of Questions From the Jury (#364). Counsel having informed the court that plaintiff has no objection, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Copies of Questions From the Jury (#364) is **GRANTED.**

Signed: February 7, 2012

Max O. Cogburn Jr.
United States District Judge

-1-